# EXHIBIT "A"

# NEGOTIABLE PROMISSORY NOTE

July 21, 2016

**$150,000**

      **FOR VALUE RECEIVED**, Maria Majcher ("Maker"), with an address at 187 Franklin Avenue Brooklyn, New York hereby covenants and promises to pay to Naxos Cleaners Inc. with an address at 1019 Manhattan Avenue Brooklyn, New York ("Payee"), or order, at Payee's address first above written or at such other address as Payee may designate in writing, one hundred fifty thousand dollars ($150,000), lawful money of the United States of America, together with interest thereon computed from the date hereof at the rate of Zero (0%) percent per annum, which principal and interest shall be due and payable in monthly installments of three thousand ($3,000) commencing on July 21, 2016 and ending on August 21, 2020, at which time all principal and interest are due.

**Maker covenants and agrees with Payee as follows:**

1. Maker will pay the indebtedness evidenced by this Note as provided herein.

2. This Note is given by the Maker to Payee in connection an Asset Purchase Agreement between Maker and Payee.

3. The holder of this Note may declare the entire unpaid amount of principal and interest under this Note to be immediately due and payable upon the non payment of any installment of principal and/or interest due under this Note beyond any applicable grace period provided for herein. It is expressly understood that Maker shall have five (5) business days to cure any default hereunder after written notice of default is received by the Maker from the Payee.

4. Maker shall have the right to prepay the indebtedness evidenced by this Note in whole or in part, and without premium or penalty or notice. In any case of partial prepayment, the installment payments provided for herein shall continue without change after any such prepayment.

5. In the event that any installment due hereunder shall not be paid for more than five (5) days after the due date of such payment, there shall be added to such payment, as late charges, a sum equal to six per cent the amount of TWO HUNDRED FIFTY DOLLARS ($250.00).

6. Maker represents that it has the full power, authority and the legal right to execute and deliver this Note and that the debt hereunder constitutes a valid and legally binding obligation of the Maker, its legal representatives, successors and assigns.

7. Maker, and all guarantors, endorsers and sureties of this Note, hereby waive presentment for payment, demand, protest, notice of protest, notice of nonpayment, and notice of dishonor of this Note. Maker and all guarantors, endorsers and sureties consent that the holder of this Note at any time may extend

the time of payment of all or any part of the indebtedness secured hereby, or may grant any other indulgences.

8. Any notice or demand required or permitted to be made or given hereunder shall be deemed sufficiently made and given if given by personal service or by a nationally recognized overnight courier such as Federal Express or by the mailing of such notice or demand by certified mail, return receipt requested, with postage prepaid, addressed, if to Maker, at Maker's address first above written, or if to Payee, at Payee's address first above written. Either party may change its address by like notice to the other party.

9. This Note may not be changed or terminated orally, but only by an agreement in writing signed by the party against whom enforcement of any change, modification, termination, waiver, or discharge is sought. This Note shall be construed and enforced in accordance with the laws of New York without giving effect to its conflicts of laws principles.

10. In any case where the date of maturity of interest on or principal of this Note, or the date fixed for any payment of this Note, shall be a Saturday, Sunday or legal holiday or a day on which banking institutions in New York are authorized by law to close, then payment of interest or principal may be made on the next succeeding business day with the same force and effect as if made on the date of maturity or the date fixed for payment.

11. All reasonable and necessary costs and expenses incurred by the Holder in connection with the collection of all or any part of the principal sum and/or interest of this Note, including without limitation, court costs and any legal fees and expenses incurred, shall be paid by the Maker hereto. Upon default, interest shall accrue at the rate of sixteen percent (16%) per annum..

12. This Note is Negotiable.

13. Maker and the Payee hereby consent to the exclusive jurisdiction of state court located within the county of Queens in the State of New York.

**IN WITNESS WHEREOF** Maker has executed this Note on the date first above written.

MARIA MAJCHER